**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID COOK,**
                **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-1193-Orl-19KRS**

**CSX CORPORATION,**
**CSX TRANSPORTATION, INC.,**
                **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT (Doc. No. 120)**
>
> **FILED:** **June 3, 2008**

I construe the motion as a request for reconsideration of my order granting David Lockard, Esq., special admission to appear as co-counsel for Plaintiff so that the Court can consider the concerns raised by Defendant in its response to the motion. The request for reconsideration is **GRANTED** to the extent that the Court will reconsider the earlier order [118] in light of Defendant's response thereto. Accordingly, the order granting Attorney Lockard special admission [118] is **VACATED** and the Clerk of Court is directed to reopen the motion for admission *pro hac vice* [116].

Because neither the motion for special admission nor the present motion certifies compliance with Local Rule 3.01(g)[1], it is **ORDERED** that counsel shall confer in a good faith effort to resolve the issues presented in Plaintiff's Motion to Permit David Lockard, Esq., To Appear Pro Hac Vice. It is further **ORDERED** that, after completing that conference, counsel for Plaintiff shall file shall file a reply to Defendant's response to the motion for special admission addressing the concerns raised by counsel for Defendant, specifically including why Attorney Lockard did not file an earlier appearance in this case. The reply shall certify that the Rule 3.01(g) conference occurred and its outcome. It is further **ORDERED** that the reply shall be filed on or before June 5, 2008.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The certification in the present motion that counsel attempted to comply with Local Rule 3.01(g) is insufficient. *See* Doc. No. 55 at 4 ("A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer.").